In the Matter of the Application of SAMUEL H. KAUFMAN et al., Individually and as Copartners Practicing Law under the Firm Name of KAUFMAN GALLOP CLIMENKO GOULD & LYNTON, Appellants and Respondents. ANN R. GONZALEZ, Respondent and Appellant.

Argued January 5, 1948; decided March 5, 1948.

*William N. Tobin* and *Edmund Glueck* for respondent and appellant.

*George Trosk, Jesse Climenko* and *Milton Adler* for appellants and respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.